# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | Case No. 3:19-mj-663 |
| -vs- | : | Magistrate Judge Sharon L. Ovington |
| JOSHUA K. BRANNON, | : | |
| Defendant. | : | |

## ORDER FOR DISMISSAL

Defendant appeared in Court in custody on January 8, 2020 on a bond violation and preliminary hearings. Upon Defendant's unopposed Oral Motion to Dismiss, the above case is hereby DISMISSED without prejudice.

January 8, 2020

                                            s/Sharon L. Ovington
                                               Sharon L. Ovington
                                             United States Magistrate Judge